# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JORDAN LEE HERRON,

Plaintiff,

v.

OFFICER THOMAS SKILONGER, et al.,

Defendants.

CIVIL ACTION NO. 3:23-CV-00584

(SAPORITO, J.)

## ORDER

AND NOW, this 29th day of September, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Jenkins Township's motion for summary judgment (Doc. 81) is **DENIED**;

2. Officer Rhoads's motion for summary judgment (Doc. 81) is **GRANTED in part** and **DENIED in part**. The motion is **GRANTED** as to the plaintiff's federal claim for malicious prosecution, and **DENIED** as to the plaintiff's federal claim of excessive force, the plaintiff's state law claims for assault and battery, and the plaintiff's state law claim for malicious prosecution;

3. Wyoming Borough's motion for summary judgment (Doc. 82)

is **GRANTED in part** and **DENIED in part**. The motion is **GRANTED** as to the plaintiff's *Monell* claim concerning Chief Mercavitch's ratification of unlawful policy and practice, and **DENIED** as to the plaintiff's *Monell* claim concerning a failure to train its officers pursuant to its own use of force policies;

4. Officer Skilonger's motion for summary judgment (Doc. 82) is **GRANTED in part** and **DENIED in part**. The motion is **GRANTED** as to the plaintiff's federal claim for malicious prosecution, and **DENIED** as to the plaintiff's state law claim for malicious prosecution;

5. Forty Fort Borough's motion for summary judgment (Doc. 85) is **GRANTED**;

6. Sergeant Smith's motion for summary judgment (Doc. 87) is **DENIED**; and

7. Officer Gill's motion for summary judgment (Doc. 87) is **DENIED**.

8. The Clerk of Court is directed to enter judgment against the plaintiff for the following claims: (1) in favor of Officer Rhoads concerning the plaintiff's federal malicious prosecution claim; (2) in favor of Wyoming Borough concerning the plaintiff's *Monell* claim predicated

upon Chief Mercavitch's ratification of unlawful policy and practice; (3) in favor of Officer Skilonger concerning the plaintiff's federal malicious prosecution claim; and (4) in favor of Forty Fort Borough concerning the plaintiff's *Monell* claim against it.

Dated: September 29, 2026

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States District Judge